STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
candis_mitchell@fd.org

Counsel for Defendant Jose Escalara Aguilera

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Jose Escalara Aguilera,<br><br>                Defendant. | No. CR-12-156-RS<br><br>Stipulation and [~~Proposed~~] Order Continuing November 27, 2012, Hearing Date to December 11, 2012 |

## STIPULATION

This Court previously ordered Mr. Aguilera evaluated due to concerns regarding his competency and ability to assist his counsel with preparation for defense of his case. At the present date, counsel for both the government and defense have yet to receive the results of such evaluation. The parties thus stipulate to a continuance so that the parties can receive and review the results of the evaluation.

The parties also agree that the time between November 27, 2012, and December 11, 2012, (or some date thereafter convenient to the Court) should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel, 18 U.S.C. 3161(h)(7)(A) and

Stipulation and Order, CR-12-156-RS            1

(h)(7)(B)(iv) and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

Dated: November 20, 2012

    MELINDA HAAG
    United States Attorney

    */s/ Mark Kang*
    J. MARK KANG
    Special Assistant United States Attorney

Dated: November 20, 2012    */s/ Candis Mitchell*
    CANDIS MITCHELL
    Attorney for Defendant

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | For the reasons stated above, the Court continues the status hearing date from November |
| 3 | 21, 2012, to December 11, 2012. |
| 4 | IT IS FURTHER ORDERED that the time between November ~~21~~ 27, 2012, and December 11, |
| 5 | 2012, should be excluded under the Speedy Trial Act; the continuance is necessary for effective |
| 6 | preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served |
| 7 | by granting such a continuance outweigh the best interests of the public and the defendant in a |
| 8 | speedy trial. 18 U.S.C. § 3161(h)(7)(A). |
| 10 | SO ORDERED. |
| 14 | DATED: 11/20/12 |

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

Stipulation and Order, CR-12-156-RS     3